UNITED STATES DISTRICT COURT
SOUTHERN DISRICT OF NEW YORK
------------------------------------------------------------x
Tyrel Henderson

                        Plaintiff,

V.

NYC DHS Police Officer Vann, shield#503;
DHS Police Officer Taylor, shield#719; DHS
Police Officer, Laude shield#273
                                     Defendant(s).
------------------------------------------------------------x

SECOND AMENDED
CIVIL RIGHTS COMPLAINT
42 U.S.C 1983

JURY TRIAL DEMAND
17 CV 1171

I. PARTY

Name of the Plaintiff: Tyrel Henderson
Address: 41 Lott Avenue, apt# 1B, Brooklyn, New York 11212

List all defendants' names and the addresses at which each defendant may be served.

Defendant No. 1      NYC Department of Homeless Services Police Officer Vann, shield#503
2027 Lexington Avenue
New York, New York 10035

Defendant No. 2      NYC Department of Homeless Services Police Officer Taylor, shield#719
2027 Lexington Avenue
New York, New York 10035

Defendant No. 3      NYC Department of Homeless Services Police Officer Laude, shield#273
2027 Lexington Avenue
New York, New York 10035

II. STATEMENT OF CLAIM

1.     On January 29, 2017 at 5:30 p.m., the Plaintiff, Tyrel Henderson was arrested by Department

of Homeless Service Police Officers. Plaintiff was placed in the custody of FDNY Ambulance Unit and admitted to NYC Metropolitan Hospital (case# 29018402826).

2. Department of Homeless Service Police Officers Vann, shield#503, Laude, shield#273 and Taylor, shield#719 assisted in arrest.

3. Laude, shield#273 reported that Tyrel Henderson was on 124th Street and Lexington Avenue listening to a music device. Plaintiff was using headphones. He also stated that Plaintiff had a weapon in his possession. And that Henderson was singing loudly in public. The FDNY Ambulance Unit was called.

4. The hospital specialist informed Plaintiff that he was in the custody of the hospital under the acquisition that Plaintiff possess a gun. Plaintiff, Tyrel Henderson stated, "It's apparent that I did not possess a gun because I am wearing a tank top, khakis pants, and shoes with no hidden compartments." Plaintiff also stated, "I did not possess a gun."

## FALSE ARREST AND IMPRISONMENT UNDER THE FOURTH AMENDMENT AGAINST OFFICER VANN

5. Defendant was in absence of individual reasonable suspicion and acted without knowledge of Plaintiff possessing an instrument that could cause harm to himself or the officer's person.

## FALSE ARREST AND IMPRISONMENT UNDER THE FOURTH AMENDMENT AGAINST OFFICER TAYLOR

6. Defendant was in absence of individual reasonable suspicion and acted without knowledge of Plaintiff possessing an instrument that could cause harm to himself or the officer's person. Officer Taylor aided in the arrest and search of Tyrel Henderson.

## FALSE ARREST AND IMPRISONMENT UNDER THE FOURTH AMENDMENT AGAINST OFFICER LAUDE

7. Defendant was in absence of individual reasonable suspicion and acted without knowledge of Plaintiff possessing an instrument that could cause harm to himself or the officer's person. Officer Laude aided in the arrest and search of Tyrel Henderson.

## III. CLAIMS OF INJURY

Plaintiff has suffered loss of time and life due to imprisonment.

## IV. RELIEF

Plaintiff, Tyrel Henderson request $30,000.00 in compensatory damages for false imprisonments.

I declare under the penalty of perjury that on June , 26 2017 I served the annexed CIVIL RIGHTS COMPLAINT upon the United States District Court of the Southern District of New York by depositing in a post/official depository under the exclusive care and custody of the United States Postal Service, within the State of New York.

Signed this 26 day of June 2017. I declare under penalty of perjury that the foregoing is true and correct.

_____
Signature

Tyrel Henderson
41 Lott Avenue, apt# 1B
Brooklyn, New York 11212

3